# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ANGHANE T. DONEPANYA & KHANTHONG DONEPANYA         Case Number: 07-70497
3090 FRUITLAND DRIVE                SSN-xxx-xx-6527 & xxx-xx-4784
ROCKFORD, IL  61109

Case filed on:     3/7/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $10,146.14          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DONALD P SULLIVAN | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 669.64 | 669.64 | 0.00 | 0.00 |
| 026 | ILLINOIS DEPARTMENT OF REVENUE | 367.79 | 367.79 | 0.00 | 0.00 |
|  | Total Priority | 1,037.43 | 1,037.43 | 0.00 | 0.00 |
| 999 | ANGHANE T. DONEPANYA | 0.00 | 0.00 | 4,137.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,137.58 | 0.00 |
| 001 | SELECT PORTFOLIO SERVICING INC | 137,723.09 | 0.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 3,081.66 | 3,064.00 | 1,591.38 | 76.62 |
| 003 | THOMAS D LUCHETTI PC | 7,801.00 | 7,801.00 | 1,722.50 | 227.50 |
| 025 | SELECT PORTFOLIO SERVICING INC | 35,418.36 | 35,418.36 | 0.00 | 0.00 |
|  | Total Secured | 184,024.11 | 46,283.36 | 3,313.88 | 304.12 |
| 002 | CITIZENS FINANCE | 0.00 | 17.66 | 0.00 | 0.00 |
| 003 | THOMAS D LUCHETTI PC | 400.00 | 400.00 | 0.00 | 0.00 |
| 004 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW SER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARTHUR SWANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY Z. JOSEPH BIDZINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 496.15 | 496.15 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 45.04 | 45.04 | 0.00 | 0.00 |
| 012 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 377.30 | 377.30 | 0.00 | 0.00 |
| 014 | THE NATIONAL BANK & TRUST CO SYCAMORE | 3,107.60 | 3,107.60 | 0.00 | 0.00 |
| 015 | NICOR GAS | 794.10 | 794.10 | 0.00 | 0.00 |
| 016 | OMNI CR SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN HOSPITAL | 1,448.09 | 1,448.09 | 0.00 | 0.00 |
| 019 | RKFD ASSOC. PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 430.49 | 430.49 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VERIZON IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI/VERIZON | 395.99 | 395.99 | 0.00 | 0.00 |
| 026 | ILLINOIS DEPARTMENT OF REVENUE | 65.40 | 65.40 | 0.00 | 0.00 |
|  | Total Unsecured | 7,560.16 | 7,577.82 | 0.00 | 0.00 |
|  | Grand Total: | 195,121.70 | 57,398.61 | 9,451.46 | 304.12 |

Total Paid Claimant:     $9,755.58
Trustee Allowance:       $390.56          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                By  /s/Heather M. Fagan